**Anibal SANTIAGO, Appellant,**

v.

**YORK CITY, PENNSYLVANIA; The Honorable John Brenner, Mayor and Agent of the York City, Pa.; Charles H. Robertson, Former Mayor and Agent of the York City, Pa.; The York**

---

3. *See* Appellee's Brief at 9.

City Police Dept., A police department organized and existing in York City, Pa.; Herbert F. Grosfscsik, Former Police Commissioner and Agent of Defendants York City, Pa. and York City Police Department; Police Chief Michael Hill, Chief of Police and Agent for Defendants York City, Pa. and York City Police Department, Appellees.

No. 05–4729.

United States Court of Appeals, Third Circuit.

Submitted Under Third Circuit L.A.R. 34.1(a) Nov. 28, 2006.

Filed: Dec. 21, 2006.

Clarence E. Allen, York, PA, for Appellant.

Walter F. Kawalec, III, Marshall, Dennehey, Warner, Coleman & Goggin, Cherry Hill, NJ, for Appellees.

Before: FUENTES and GARTH, Circuit Judges, and POLLAK, District Judge.[1]

## OPINION

PER CURIAM:

Substantially for the reasons set forth in District Judge Kane's Memorandum and Order of September 26, 2005, this Court will affirm the District Court's order granting summary judgment in favor of defendant York City.